PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-MJ-00043-CSK |
| Plaintiff, | STIPULATION AND [Proposed] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOSHUA N. BLOUNT, | DATE: May 8, 2024 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Chi Soo Kim |

**STIPULATION**

The United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on May 8, 2024 at 10:00 a.m.

2. The government has produced discovery in this case, including investigative reports and photographs. Defense counsel requires additional time to review the discovery, investigate the current charges, and consult with the client.

/ / /

3. Accordingly, the parties require additional time to complete discovery and discuss potential resolution. By this stipulation, the parties now jointly move to continue the status conference to June 26, 2024 at 10:00 a.m.

4. The charged offenses are Class B misdemeanors and infractions. Therefore, no exclusion of time under the Speedy Trial Act is required.

IT IS SO STIPULATED.

DATED: May 3, 2024              PHILLIP A. TALBERT
                                United States Attorney


                          By:   */s/ Alstyn Bennett*
                                ALSTYN BENNETT
                                Assistant U.S. Attorney



                                */s/ Linda Harter*
                                LINDA HARTER
                                Assistant Federal Defender
                                Counsel for Defendant

**ORDER**

IT IS SO ORDERED, that the status conference currently scheduled on May 8, 2024 at 10:00 a.m. is continued to June 26, 2024, at 10:00 a.m.

ORDERED this 6th day of May 2024.

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE