HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
JOSHUA BLOUNT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-mj-00043-CSK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| JOSHUA BLOUNT, | ) ) | Date: July 17, 2024 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Chi Soo Kim |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Fogg counsel for Plaintiff, and Assistant Federal Defender Linda Harter, counsel for defendant Joshua Blount, that the status conference scheduled for June 26, 2024, at 10:00 a.m. be continued to **July 17, 2024, at 10:00 a.m.**

This continuance is requested because parties request additional time to gather information and work on a plea due to technical difficulties viewing video discovery sent to defense counsel.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 21, 2024 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Public Defender |
| 4 | | */s/ Linda Harter* |
| | | LINDA HARTER |
| 5 | | Assistant Federal Defender |
| | | Attorney for JOSHUA BLOUNT |
| 6 | | |
| 7 | Dated: June 21, 2024 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | */s/ Nicholas Fogg* |
| 9 | | NICHOLAS FOGG |
| | | Assistant US Attorney |
| 10 | | Attorney for Plaintiff |

**~~[PROPOSED]~~ O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **July 17, 2024 at 10:00 a.m.**

Dated: June 25, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE