HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
JOSHUA BLOUNT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00043-CSK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOSHUA BLOUNT, | Date: August 28, 2024<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Chi Soo Kim |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Fogg counsel for Plaintiff, and Assistant Federal Defender Linda Harter, counsel for defendant Joshua Blount, that the status conference scheduled for August 28, at 10:00 a.m. be continued to **September 11, 2024, at 10:00 a.m.**

This continuance is requested to allow defense counsel to gather information regarding Mr. Blount's medical condition and status. Also, the parties are engaging in plea negotiations.

The government has no objection to this request.

//

//

//

Dated: August 26, 2024               Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Public Defender

                                     */s/ Linda Harter*
                                     LINDA HARTER
                                     Assistant Federal Defender
                                     Attorney for JOSHUA BLOUNT

Dated: August 26, 2024               PHILLIP A. TALBERT
                                     United States Attorney

                                     */s/ Nicholas Fogg*
                                     NICHOLAS FOGG
                                     Assistant US Attorney
                                     Attorney for Plaintiff

**[PROPOSED] O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **September 11, 2024 at 10:00 a.m.**

Dated:  August 26, 2024

_____
HON. CHI SOO KIM
United States Magistrate Judge