IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-mj-00043 CSK |
|---|---|
| Plaintiff, | ORDER REGARDING SCHEDULING OF QUARTERLY STATUS CONFERENCES |
| v. | |
| JOSHUA N. BLOUNT, | |
| Defendant. | |

The Court adopts the parties' proposed schedule for quarterly status conferences (ECF No. 15), and orders Defendant to appear at 10:00 a.m. on the following dates for status conferences:

a) Q4 2024: 11/20/2024
b) Q1 2025: 2/12/2025
c) Q2 2025: 5/14/2025
d) Q3 2025: 8/13/2025
e) Q4 2025: 11/12/2025
f) Q1 2026: 2/11/2026
g) Q2 2026: 5/13/2026
h) Q3 2026: 8/12/2026

Defendant must file a written status report at least one week before each status conference scheduled above.

1   IT IS SO ORDERED.

3   Dated:  September 18, 2024

*[signature: Chi Soo Kim]*

HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE