UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 11, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA N. BLOUNT

    Defendant.

Case No. 2:24-mj-00043-CSK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSHUA N. BLOUNT</u> Case No. <u>2:24-mj-00043-CSK</u> Charges <u>18 USC § 113</u> from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

          \_\_\_\_\_    Unsecured Appearance Bond $ _____

          \_\_\_\_\_    Appearance Bond with 10% Deposit

          \_\_\_\_\_    Appearance Bond with Surety

          \_\_\_\_\_    Corporate Surety Bail Bond

      X    (Other): <u>Sentence complete. Defendant to be released on **Friday, 10/11/2024 at 6:00 PM**</u>.

Issued at Sacramento, California on October 11, 2024 at 9:00 AM

                              By: */s/ Chi Soo Kim*
                                    Magistrate Judge Chi Soo Kim